THE KANKAKEE AND SENECA RAILROAD COMPANY

*v.*

GEORGE STRAUT.

*At Ottawa, March Term, 1882.*

APPEAL—*from county court to Supreme Court—in condemnation pro-
ceeding.* An appeal will lie directly from the county court to the Supreme
Court in a proceeding to condemn land for a right of way for a railroad, under
the Eminent Domain act.

APPEAL from the County Court of Grundy county.

This was a proceeding in the court below to condemn land
for a right of way for a railroad over the premises of appel-
lee.   The railroad company appealed.   A motion is now
made on behalf of the appellee to dismiss the appeal for
the want of jurisdiction in this court, it being insisted the
appeal should have been taken to the Appellate Court.

Messrs. DOUD & WING, for the motion, contended that the
12th section of the Eminent Domain act, giving an appeal
directly from the county court to this court, was repealed by
section 67 of the Practice act, (acts 1877, p. 149,) and that
this appeal should have been taken to the Appellate Court.

Mr. M. N. ARMSTRONG, *contra.*

WALKER, J.:   The 12th section of the Eminent Domain
act, in express terms, gives the right of appeal in cases of
this character, directly from the trial court to this court.
We do not think anything contained in the Practice act
should be held to operate as a repeal of that section.   The
appeal was properly taken from the county court to this
court.

*Motion denied.*